Reinsurance Agency, Inc., Plaintiff-Appellee, v. Foremost Insurance Agency, Inc., Defendant-Appellant.

Gen. No. 47,212. 

First District, Second Division.

January 7, 1958.

Released for publication April 2, 1958.

Herman Feldman, for appellant; Rappaport, Clorfene & Rappaport (Hamilton Clorfene, of counsel) for appellee. Opinion by JUSTICE LEWE. **Not to be published in full.**